UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MARTAY LOVE, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CV887 CDP |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

Movant Martay Love has filed a *pro se* motion for relief from his supervised release under 28 U.S.C. § 2255. Love has already filed a motion for relief under § 2255, however, and he may not file a second such motion without obtaining authorization from the Eighth Circuit Court of Appeals. *See* 28 U.S.C. § 2255(h). Because Love does not present this authorization in his motion, I must deny it.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion [#47] for relief is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of June, 2010.